IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN MICHAEL VEGA** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL MULLEN et al.,** | : | NO. 16-4620 |
| *Defendants*. | : | |

## O R D E R

**AND NOW,** this 15th day of March, 2017, upon consideration of Plaintiff's Complaint (Doc. No. 5), Defendants' Motion to Dismiss (Doc. No. 16), and Plaintiff's Opposition (Doc. No. 21), **it is hereby ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 16) is **GRANTED**;

2. Plaintiff's Complaint (Doc. No. 5) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff may file a motion for leave to file an amended complaint on or before April 10, 2017; and

4. If Plaintiff files a motion for leave to file an amended complaint, Plaintiff must attach a proposed amended complaint to his motion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE