IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN MICHAEL VEGA, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL MULLEN et al., | : | NO. 16-4620 |
| *Defendants*. | : | |

# **O R D E R**

**AND NOW,** this 13th day of February, 2018, upon consideration of Plaintiff's Amended Complaint (Doc. No. 29), Defendants' Motion to Dismiss (Doc. No. 31), Plaintiff's Response in Opposition (Doc. No. 32), and the parties' supplemental briefing (Doc. Nos. 39 and 40), **it is hereby ORDERED** that Defendants' Motion to Dismiss (Doc. No. 31) is **GRANTED in part and DENIED in part**.

                        BY THE COURT:

                        S/Gene E.K. Pratter
                        GENE E.K. PRATTER
                        UNITED STATES DISTRICT JUDGE